JONES *v.* WARDEN OF MARYLAND
PENITENTIARY

[App. No. 86, September Term, 1964.]

*Decided March 10, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

For the reasons assigned by Judge Foster below, the application for leave to appeal must be denied.

Petitioner attempts to raise additional questions in this Court that were not presented in either his original or an amended petition. This cannot be done. Code (1964 Supp.), Article 27, § 645H; *Burgess v. Warden,* 221 Md. 609.

*Application denied.*